UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

LENDEN SANDERS                                    PLAINTIFF

VS.                            CIVIL ACTION NO. 2:08CV00040-P-A

UNITED STATES OF AMERICA                       DEFENDANT

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Comes now the Plaintiff, Lenden Sanders, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, who moves to dismiss this action without prejudice. Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, this Stipulation is signed by all parties who have entered an appearance in this case.

This the 6 day of March, 2008.

                                             Respectfully submitted,

                                             SUZANNE G. KEYS, MSB # 5032
                                             Attorney for Plaintiff
                                             P.O. Box 19
                                             Jackson, MS 39205
                                             601-354-1210

AGREED AND APPROVED:

JIM M. GREENLEE
UNITED STATES ATTORNEY

JOHN E. GOUGH, JR., MSB # 10351
Assistant United States Attorney
900 Jefferson Avenue
Oxford, MS 38655-3608
662-234-3351
662-234-3318 fax